

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Hubei Crown Housewares Co. Ltd.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081065C | $20,592.00 | 11/22/2019 | 19CH268 | 10/25/2019 | $20,592.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080868N | $18,720.00 | 11/8/2019 | 19CH238 | 10/8/2019 | $18,720.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080592B | $18,720.00 | 10/18/2019 | 19CH222 | 9/17/2019 | $18,720.00 |

**Totals:** **3 transfer(s),** **$58,032.00**

Hubei Crown Housewares Co. Ltd. (2266170)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021                                    Exhibit A                                    P. 1